# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re**: | } |
| | } Case No. 05-12845 (MFW) |
| Patricia Ann Strickland | } |
|     Debtor | } Chapter 7 |

| | |
|---|---|
| Robert L. Moore, | } |
|     Plaintiff, | } |
| | } |
| v. | } |
| | }Adv. No. 06-50160 (MFW) |
| Patricia Ann Strickland, | } |
|     Defendant. | } |

___

## NOTICE OF APPEAL

   Patricia Ann Strickland, the Defendant appeals under 28 U.S.C. Section 158 (a) from the order of the Bankruptcy Judge denying the Defendant's Discharge entered in this adversary proceeding on the 21st day of August 2006.

   The names of all parties to the order appealed from and the names and addresses and telephone numbers of their respective attorneys are as follows:

| | |
|---|---|
| James B. Tyler, III, Esquire | Tara A. Blakely, Esquire |
| 211 E. Market Street | Doroshow, Pasquale, Krawitz & Bhaya |
| P.O. Box 211 | 213 E. DuPont Hwy. |
| Georgetown, DE 19947 | Millsboro, DE 19966 |
| 302-856-6397 | 302-934-9400 |
| Attorney for Plaintiff | Attorney for Defendant |

George L. Miller
1628 John F. Kennedy Boulevard
Suite 950
Philadelphia, PA  19103
Trustee

Date: 8/30/06　　　　　　　　　　　　　/s/ TARA A. BLAKELY
　　　　　　　　　　　　　　　　　　　Tara A. Blakely, Esquire
　　　　　　　　　　　　　　　　　　　Doroshow, Pasquale, Krawitz & Bhaya
　　　　　　　　　　　　　　　　　　　213 E. DuPont Hwy.
　　　　　　　　　　　　　　　　　　　Millsboro, DE 19966
　　　　　　　　　　　　　　　　　　　302-934-9400
　　　　　　　　　　　　　　　　　　　Attorney for Defendant-Appellant

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) CHAPTER 7 |
| PATRICIA ANN STRICKLAND, | ) |
| | ) |
| Debtor. | ) Case No. 05-12845 (MFW) |
| _____ | ) |
| | ) |
| ROBERT L. MOORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Adv. No. 06-50160 (MFW) |
| | ) |
| PATRICIA ANN STRICKLAND, | ) |
| | ) |
| Defendant. | ) |
| _____ | |

### ORDER

**AND NOW**, this **21st** day of **AUGUST, 2006,** upon consideration of the evidence and arguments presented in the parties' briefs and at the trial of the Plaintiff's Complaint for determination of dischargeability of debt and denial of discharge, it is hereby

**ORDERED** that any support awarded in favor of the Plaintiff against the Defendant by the Family Court (including the Judgment dated February 1, 2005, in the amount of $1,780) is **NOT DISCHARGEABLE** pursuant to 11 U.S.C. §523(a)(5); and it is further

**ORDERED** that, pursuant to 11 U.S.C. § 727(a)(4)(A), the Defendant's discharge is **DENIED**.

BY THE COURT:

*Mary F. Walrath*
Mary F. Walrath
United States Bankruptcy Judge

cc: James B. Tyler, III, Esquire[1]

---

[1] Counsel is to distribute a copy of this Opinion and Order on all interested parties and file a Certificate of Service with the Court.

<u>SERVICE LIST</u>

```
James B. Tyler, III, Esquire
211 E. Market Street
P.O. Box 211
Georgetown, DE 19947
Counsel for the Plaintiff

Tara A. Blakely, Esquire
Doroshow, Pasquale, Krawitz & Bhaya
213 East DuPont Highway
Millsboro, DE 19966
Counsel for the Defendant
```

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

06-634

## APPEAL TRANSMITTAL SHEET

Case Number: __06-50160__   ◯ BK   ● AP

If AP, related BK Case Number: __05-12845__

Title of Order Appealed:
__Order denying defendants discharge__

Docket Number: __11__   Date Entered: __08/21/2006__

Item Transmitted:   ● Notice of Appeal   ◯ Motion for Leave to Appeal
◯ Amended Notice of Appeal   ◯ Cross Appeal
Docket Number: __12__   Date Filed: _____

*Appellant/Cross Appellant:
Patricia Ann Strickland

*Appellee/Cross Appellee
Robert L. Moore

Counsel for Appellant:

__Tara A. Blakely__

__Doroshow, Pasquale, Krawitz & Bhays__

__213 E. Dupont Highway__

__Millsboro, DE 19966/ Tele:302-934-9400__

__E-mail-doroshaw-millsboro@dplaw.com__

Counsel for Appellee:

__James B. Tyler, III__

__211 E. Market Street/ P.O. Box 555__

__Georgetown, DE 19947__

__Tele: 302-856-6397__

__E-mail- jbtyler3@comcast.net__

*If additional room is needed, please attach a separate sheet.

Filing Fee paid?   ● Yes   ◯ No

IFP Motion Filed by Appellant?   ◯ Yes   ● No

Have Additional Appeals to the Same Order been Filed? ◯ Yes   ● No
If so, has District Court assigned a Civil Action Number?   ◯ Yes   ◯ No   Civil Action # _____

Additional Notes:

__10/05/2006__
Date

By: __Violetta I. Blanco__
Deputy Clerk

FOR USE BY U.S. BANKRUPTCY COURT

Bankruptcy Court Appeal (BAP) Number: __#06-57__
7/6/06