**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re**: | } | |
| | } | Case No. 05-12845 (MFW) |
| Patricia Ann Strickland | } | |
| Debtor | } | Chapter 7 |

| | | |
|---|---|---|
| Robert L. Moore, | } | |
| Plaintiff, | } | |
| | } | |
| v. | } | |
| | }Adv. No. 06-50160 (MFW) | |
| Patricia Ann Strickland, | } | |
| Defendant. | } | |

**LIST OF ITEMS TO BE INCLUDED IN THE RECORD AND STATEMENT OF ISSUES TO BE PRESENTED PURSUANT TO RULE 8001(a) AND RULE 8006**

Pursuant to Federal Rule of Bankruptcy Procedure 8001(a) and Federal Rule of Bankruptcy Procedure 8006 [hereinafter "FRBP 8001(a)" and "FRBP Rule 8006"], appellant submits the following list of items to included in the record:

1. Petition;
2. Schedules;
3. Statement of Financial Affairs;
4. Chapter 7 Individual Debtor's Statement of Intention;
5. Amended Schedules;
6. Amended Statement of Financial Affairs;
7. Transcript of Section 341 Hearing of November 10, 2005;
8. Notice of Assets;
9. Complaint to Determine Dischargeability/Bar Discharge;
10. Answer to Complaint to Determine Dischargeability/Bar Discharge;
11. Transcript of Trial of July 26, 2006;
12. Brief in Opposition of Objection to Discharge/Complaint to Determine Dischargeability of August 9, 2006;
13. Opinion and Order Denying Defendant's Discharge of August 21, 2006.

Pursuant to FRBP Rule 8001(a) and FRBP 8006, the appellant submits the following issues to be presented:

1. Whether under 11 U.S.C. § 523 (a)(5) or 11 U.S.C. §523(a)(15) the attorneys' fees awarded to Plaintiff by the Family Court of the State of Delaware in connection with the divorce proceedings are non-dischargeable?
2. Whether the Bankruptcy Court erred in denying Debtor's discharge under 11 U.S.C. §727(a)(4)?

Date: 9/8/06                            /s/ **_TARA A. BLAKELY_**
                                        Tara A. Blakely, Esquire
                                        Doroshow, Pasquale, Krawitz & Bhaya
                                        213 E. DuPont Hwy.
                                        Millsboro, DE 19966
                                        302-934-9400
                                        Attorney for Defendant-Appellant