IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | Bky. Case No. 05-12845-MFW |
| | Adversary Case No. 06-50160-MFW |
| Patricia Ann Strickland | |
| | Chapter 7 |
| **Debtor** | |

Patricia Ann Strickland          Case No. 1:06-cv-00634 (***)
    Appellant

v.

Robert L. Moore
    Appellee

**STIPULATION RESOLVING APPEAL**

WHEREAS, on August 21, 2006. the U.S. Bankruptcy Court for the District of Delaware entered an order denying discharge of any support award in favor of Robert L. Moore awarded by the Family Court against Patricia Strickland, including the Judgment dated February 1, 2005, in the amount of $1780.00 pursuant to 11 U.S.C. § 523 (a)(5) and denying Patricia Strickland's discharge pursuant to 11 U.S.C. § 727(a)(4)(A);

WHEREAS Patricia Strickland filed a timely appeal with the U.S. District Court for the District of Delaware;

WHEREAS to save the time and expense of litigating this matter it is hereby agreed and consented by the parties as follows:

a. Any equitable division of their property awarded to Robert Moore in the future by the Family Court of the State of Delaware against Patricia Strickland is deemed non-dischargeable pursuant to 11 U.S.C. §523 (A)(5). Parties also agree that any equitable division of their property awarded would also be non-dischargeable due to the fact such debt would be a post-petition debt.

b. Patricia Strickland agrees to pay $1780.00 to Moore & Rutt, pursuant to the Family Court order dated February 1, 2005.

c. Patricia Strickland will tender $1000.00 to Robert Moore's counsel upon execution of this stipulation and the remaining $780.00 will be paid within 60 days of this agreement.

d. All other debts listed in the bankruptcy petition of Patricia Strickland are not denied a discharge under 11 U.S.C. § 727 (a)(4)(A).

e. Patricia Strickland agrees that if the balance of $780.00 owed to Moore & Rutt pursuant to the Family Court order of February 1, 2005 are not paid within 60 days, the terms of this stipulation will be considered void and the Order of August 21, 2006 affirmed.

f. Upon the filing of a Certificate of Counsel attesting to the payment of the Moore & Rutt fees, the Trustee shall proceed to administer the estate and its assets (if any), and further, that upon completion of the administration of the estate, the Court shall enter a discharge

*Andrea G. Green for*
Tara A. Blakely, Esquire
Doroshow & Pasquale
213 East DuPont Highway
Millsboro, DE 19966
302-934-9400
Attorney for Appellant/Debtor

James B. Tyler III, Esquire
211 E. Market Street
P.O. Box 211
Georgetown, DE 19947
302-856-6397
Attorney for Appellee

J. Richard Tucker, Mediator
Maron, Marvel, Bradley & Anderson, P.A.
1201 N. Market Street
Suite 900
Wilmington, DE 19801
302-472-1766

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re**:<br><br>Patricia Ann Strickland<br><br>**Debtor** | Bky. Case No. 05-12845-MFW<br>Adversary Case No. 06-50160-MFW<br><br>Chapter 7 |

Patricia Ann Strickland    Case No. 1:06-cv-00634 (***)
    Appellant

v.

Robert L. Moore
    Appellee

**ORDER ON STIPULATION RESOLVING APPEAL**

The matter having been heard and considered, it is this _____ day of

_____, 2006,

ORDERED that the any domestic support obligation owed to Robert Moore by Patricia Strickland is non-dischargeable under 11 U.S.C. §523 (A)(5),

IT IS FURTHER ORDERED that Patricia Strickland pay $1780.00 to Moore & Rutt pursuant to the Family Court order of February 1, 2006 and such debt in non-dischargeable under 11 U.S.C. §523 (A)(5),

IT IS FURTHER ORDERED that the U.S. Bankruptcy Court Order Denying Appellant's Discharge dated August 21, 2006 is reversed in part and Debtor Patricia Strickland's discharge is not denied pursuant to 11 U.S.C. §727 (a)(4)(A),

IT IS FURTHER ORDERED that upon the filing of the cert of counsel attesting to the payment of the Moore & Rutt fees, the Trustee shall proceed to administer the estate and

its assets (if any), and further, that upon completion of the administration of the estate, the Court shall enter a discharge

---

**UNITED STATES DISTRICT COURT**