Case 1:06-cv-00634-***   Document 5-2   Filed 02/09/2007   Page 1 of 2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | } | Bky. Case No. 05-12845-MFW |
| | } | Adversary Case No. 06-50160-MFW |
| Patricia Ann Strickland | } | |
| | } | Chapter 7 |
| | } | |
| **Debtor** | } | |

Patricia Ann Strickland
   Appellant

Case No. 1:06-cv-00634 (***)

v.

Robert L. Moore
   Appellee

FILED
FEB 1 6 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

### ORDER ON STIPULATION RESOLVING APPEAL

The matter having been heard and considered, it is this ___16th___ day of ___Feb___, 2006,

ORDERED that the any domestic support obligation owed to Robert Moore by Patricia Strickland is non-dischargeable under 11 U.S.C. §523 (A)(5),

IT IS FURTHER ORDERED that Patricia Strickland pay $1780.00 to Moore & Rutt pursuant to the Family Court order of February 1, 2006 and such debt in non-dischargeable under 11 U.S.C. §523 (A)(5),

IT IS FURTHER ORDERED that the U.S. Bankruptcy Court Order Denying Appellant's Discharge dated August 21, 2006 is reversed in part and Debtor Patricia Strickland's discharge is not denied pursuant to 11 U.S.C. §727 (a)(4)(A),

IT IS FURTHER ORDERED that upon the filing of the cert of counsel attesting to the payment of the Moore & Rutt fees, the Trustee shall proceed to administer the estate and

its assets (if any), and further, that upon completion of the administration of the estate, the Court shall enter a discharge

_____
UNITED STATES DISTRICT COURT